# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| FAIZA MAXWELL ) | Case No: 3:02CR152-11 |
| ) | USM No: 19047-058 |
| Date of Previous Judgment: 04/20/2004 ) | Reita P. Pendry |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**  ❐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 39            Amended Offense Level: 37
Criminal History Category: II          Criminal History Category: II
Previous Guideline Range: 292 to 365 months    Amended Guideline Range: 235 to 293 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentence as a result of a departure or Rule 35 reduction, and the court finds that no further reduction is warranted.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 04/20/2004 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 22, 2008

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge