# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

## DOCKET NO. 3:02-cr-152-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v** | ) | |
| | ) | |
| **FAIZA MAXWELL** | ) | **ORDER** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

   **THIS MATTER** is before the Court on Defendant's *pro se* motion (Doc # 364) for "further reduction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant's motion is **DENIED.** As stated in Document #295, the defendant sentence was reduced within the amended guideline range. The Previous Offense Level was 39 and the Amended Offense Level is 37. The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentence as a result of a departure or Rule 35 reduction, and the court finds that no further reduction is warranted.

   **IT IS SO ORDERED**.

                              Signed: July 8, 2010

                              Frank D. Whitney
                              United States District Judge