UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:02-cr-00152-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| FAIZA MAXWELL, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion Termination of Supervised Release.

While defendant states that they have successfully completed a year of supervised release, the court has no evidence before it that would support that assertion. Indeed, the motion does not even inform the court of the name of the supervising officer. For that reason, this court requires that more than a form motion be filed as the court will not reach the merits of a request for early termination unless it is accompanied by a statement from defendant's supervising officer that defendant has in fact successfully completed at least one year and that he or she is a suitable candidate for early termination.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion Termination of Supervised Release (#564) is **DENIED WITHOUT PREJUDICE**.

Signed: August 17, 2017



Max O. Cogburn Jr
United States District Judge